# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIAM L. ARMSTRONG

NO. 2019 KW 1066

**OCT 2 8 2019**

---

In Re:    William L. Armstrong, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-18-0154.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

    **WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the state filed an answer to relator's motion for bill of particulars on September 18, 2019.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT